

# Service of Process Transmittal

12/13/2021
CT Log Number 540724971

| | |
|---|---|
| **TO:** | Ashley Petersen<br>Great Western Bank<br>225 S MAIN AVE<br>SIOUX FALLS, SD 57104-6309 |
| **RE:** | **Process Served in Nebraska** |
| **FOR:** | Great Western Bank  (Domestic State: SD) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: MICHELLE WIESE, // To: Great Western Bank |
| **DOCUMENT(S) SERVED:** | -- |
| **COURT/AGENCY:** | None Specified<br>Case # CI21701 |
| **NATURE OF ACTION:** | Employee Litigation - Wrongful Termination |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Lincoln, NE |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 12/13/2021 postmarked: "Not Post Marked" |
| **JURISDICTION SERVED :** | Nebraska |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT will retain the current log<br><br>Image SOP<br><br>Email Notification,  Jessica Drew  jessica.drew@greatwesternbank.com<br><br>Email Notification,  Jay Bemis  jay.bemis@greatwesternbank.com<br><br>Email Notification,  Ashley Petersen  ashley.petersen@greatwesternbank.com<br><br>Email Notification,  Natalie Wilhelm  natalie.wilhelm@greatwesternbank.com<br><br>Email Notification,  453SFM Admin  453sfmadmin@greatwesternbank.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>5601 South 59th Street<br>Lincoln, NE 68516<br>866-539-8692<br>CorporationTeam@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other

Page 1 of  2 / SG

# EXHIBIT A



## Service of Process Transmittal
12/13/2021
CT Log Number 540724971

| | |
|---|---|
| **TO:** | Ashley Petersen<br>Great Western Bank<br>225 S MAIN AVE<br>SIOUX FALLS, SD 57104-6309 |
| **RE:** | **Process Served in Nebraska** |
| **FOR:** | Great Western Bank  (Domestic State: SD) |

advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

**EXHIBIT A**

**POWERS LAW**

411 S. 13th Street, Suite 300
P.O. Box 84936
Lincoln, Nebraska 68501-4936



CERTIFIED MAIL

7020 3160 0001 4117 9929

NEOPOST
12/09/2021
US POSTAGE $007.53

FIRST-CLASS MAIL

ZIP 68508
041L10407967

GREAT WESTERN BANK
C/O CT CORPORATION SYSTEM, REGISTERED AGENT
5601 SO 59TH STREET, SUITE C
LINCOLN, NE 68516

**EXHIBIT A**

68516-234075

| Image ID: | | Doc. No. |
|---|---|---|
| D00045046D05 | **SUMMONS** | 45046 |

IN THE DISTRICT COURT OF Dodge COUNTY, NEBRASKA
428 N Broad St.
Fremont             NE 68025 4962

Michelle Wiese v. Great Western Bank

Case ID: CI 21    701

TO:   Great Western Bank

You have been sued by the following plaintiff(s):

    Michelle Wiese

Plaintiff's Attorney:      Vincent M Powers
Address:                   411 South 13th
                           Suite 300
                           Lincoln, NE 68508
Telephone:                 (402) 474-8000

A copy of the complaint/petition is attached. To defend this lawsuit, an appropriate response must be served on the parties and filed with the office of the clerk of the court within 30 days of service of the complaint/petition. If you fail to respond, the court may enter judgment for the relief demanded in the complaint/petition.

Date:   DECEMBER 7, 2021      BY THE COURT:  *Linda Nelson*
                                              Clerk

PLAINTIFF'S DIRECTIONS FOR SERVICE OF SUMMONS AND A COPY OF THE COMPLAINT/PETITION ON:

    Great Western Bank
    1552 East 23rd Avenue N
    Fremont, NE 68025

Method of service:  Certified Mail
CT Corporation System, Reg Agt  5601 S 59, #C  Lincoln, NE. 68516

You are directed to make such service within ten days after the date of issue, and file with the court clerk proof of service within ten days after the signed receipt is received or is available electronically, whichever occurs first.

**EXHIBIT A**

IN THE DISTRICT COURT OF DODGE COUNTY, NEBRASKA

| MICHELLE WIESE, | CASE NO. CI |
| --- | --- |
| Plaintiff, | |
| v. | COMPLAINT AND REQUEST FOR JURY TRIAL |
| GREAT WESTERN BANK, | |
| Defendant. | |

COMES NOW the Plaintiff, by and through her attorney, and for her cause of action against the Defendant states as follows:

1. At all times relevant, Michelle Wiese was a resident of Dodge County, Nebraska.

2. At all times relevant, Great Western Bank was a corporation duly authorized to do business in the State of Nebraska and other locations in the United States.

3. The Plaintiff is a female who began working for the Defendant on or about March 12, 2012, as a Market President I. The Plaintiff was discriminated against on the basis of her sex in violation of Title VII of the Civil Rights Act of 1964 and § 48-1114(1)(c) of the Nebraska Fair Employment Practices Act.

4. In April 2019, the Plaintiff discovered that Tactical Solutions Gear, LLC. (TSG) and/or Craig Harbaugh's checks were being returned as overdrafts. The Plaintiff began making phone calls and discovered irregularities. She reported her concerns that fraud had been committed by Craig Harbaugh and/or TSG.

5. The Plaintiff had authority to approve loans up to $250,000.00. The total borrowing of TSG and/or Craig Harbaugh was over $250,000.00 when Plaintiff became one of the lenders assigned to the loan file.

**EXHIBIT A**

The Plaintiff could not authorize any loan to any client in excess of her authority of $250,000.

6. Frank Steffensmeier had authority to approve loans up to $500,000.00. He did so with respect to TSG and/or Craig Harbaugh.

7. Tom Sonderegger had authority to approve loans up to $1,000,000.00. He did so with respect to TSG and/or Craig Harbaugh.

8. Craig Robbins and Pete Jardine also had authority to approve loans over $1,000,000.00.

9. Michael Goth was the head of credit and had authority to approve the loans to TSG and/or Craig Harbaugh.

10. Upon information and belief, Great Western Bank loaned 6 million dollars to TSG and/or Craig Harbaugh.

Of that loan, the Plaintiff had authority for the first $250,000.00. All monies loaned over and above the $250,000.00 were approved by various male employees of the Defendant, none of whom were terminated by the Defendant for their approving over 6 million dollars in loans to TSG and/or Craig Harbaugh, which was part of a fraud by Craig Harbaugh and TSG.

11. The Federal Bureau of Investigation became involved in the investigation of the aforementioned fraudulent activity.

12. Eventually, Craig Harbaugh was indicted and found guilty of defrauding the Defendant in the approximate amount of $4,892,708.00.

13. On or about November 18, 2019, Plaintiff was terminated from her employment because of TSG and Craig Harbaugh's fraudulent activity.

2

**EXHIBIT A**

14. At all times, Plaintiff had the authority to approve the least amount of the TSG and/or Craig Harbaugh loan, $250,000.00. All other monies that were loaned to the fraudulent felon, Craig Harbaugh, of over 5 million dollars were approved by male employees.

15. No male employee was terminated for their role in authorizing and approving loans to the convicted felon, Craig Harbaugh and/or TSG. The only person terminated was the Plaintiff, a female.

16. This Court has original jurisdiction over the claims arising under state law and concurrent jurisdiction for the claims arising under federal law.

17. The Plaintiff has satisfied the administrative requisites prior to filing this timely lawsuit. The United States Equal Opportunity Commission, on October 14, 2021, did issue a Right to Sue Letter.

18. As a result of the above unlawful acts noted herein, Plaintiff has sustained compensatory damages including, but not limited to, mental anguish, humiliation, anxiety, inconvenience, lost wages, the value of job-related benefits, future income and accrued interest. Plaintiff will continue to incur a loss of income, the value of job-related benefits and interest thereon as well as future compensatory damages including injury to her reputation.

19. Insofar as the Defendant's conduct was willful and/or reckless, punitive damages are appropriate under federal law.

COUNT I

20. Plaintiff incorporates Paragraphs 1 through 19 as if fully set forth herein.

**EXHIBIT A**

21. Plaintiff has been a victim of discrimination on the basis of her gender. Said conduct is violative of the Title VII of the Civil Rights Act.

22. As a direct and proximate result of Defendant's illegal conduct, Plaintiff has suffered compensatory damages, lost wages, and the value of job-related benefits, and will continue to incur lost wages and the value of all job-related fringe benefits into the future as well as mental anguish, humiliation, anxiety and inconvenience.

WHEREFORE Plaintiff requests judgment against the Defendant in the following respects:

a) Declare the acts of the Defendant to be in violation of laws referenced herein;

b) Award the Plaintiff lost wages and the value of benefits as well as prejudgment interest;

c) Award the Plaintiff an appropriate amount of monetary damages for her compensatory damages;

d) Award the Plaintiff attorney's fees and costs;

e) Award punitive damages against the Defendant with respect to the federal causes of action;

f) Award such relief as this Court deems just and proper.

## COUNT II

23. Plaintiff incorporates Paragraphs 1 through 22 as if more fully set forth herein.

24. The actions of the Defendant as set forth above violated the Nebraska Fair Employment Practices Act, as amended.

25. As a direct and proximate result of Defendant's illegal conduct, Plaintiff has suffered compensatory damages, lost wages, and the value of job-related benefits, and will

4

**EXHIBIT A**

continue to incur lost wages and the value of all job-related fringe benefits into the future as well as mental anguish, humiliation, anxiety and inconvenience.

WHEREFORE Plaintiff requests judgment against the Defendant in the following respects:

    a)    Declare the acts of the Defendant to be in violation of laws referenced herein;

    b)    Award the Plaintiff lost wages and the value of benefits as well as prejudgment interest;

    c)    Award the Plaintiff an appropriate amount of monetary damages for her compensatory damages;

    d)    Award the Plaintiff attorney's fees and costs;

    e)    Award such relief as this Court deems just and proper.

MICHELLE WIESE, Plaintiff

_____
Vincent M. Powers #15866
Powers Law
411 South 13th Street, Suite 300
PO Box 84936
Lincoln, NE  68501-4936
402/474-8000

### REQUEST FOR JURY TRIAL

Plaintiff requests a jury trial to be held in Fremont, Dodge County, Nebraska.

_____

**EXHIBIT A**

IN THE DISTRICT COURT OF DODGE COUNTY, NEBRASKA

| MICHELLE WIESE, | CASE NO. CI |
|---|---|
| Plaintiff, | |
| v. | PRAECIPE |
| GREAT WESTERN BANK, | |
| Defendant. | |

To the Clerk of Said Court:

Please issue a summons in the above captioned matter and return the same to Plaintiff's attorney for service upon the Defendant by certified mail:

> Great Western Bank
> CT Corporation System, Registered Agent
> 5601 South 59th Street
> Suite C
> Lincoln, NE 68516

MICHELLE WIESE, Plaintiff

_/s/ Vincent M. Powers_

Vincent M. Powers #15866
POWERS LAW
411 South 13th Street, Suite 300
PO Box 84936
Lincoln, NE 68501-4936
402/474-8000
powerslaw@me.com

**EXHIBIT A**