# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHELLE WIESE, | Case No. 8:22-cv-00015-JFB-MDN |
| Plaintiff, | |
| v. | |
| GREAT WESTERN BANK, | **DEFENDANT GREAT WESTERN BANK'S MOTION TO DISMISS COUNT II OF PLAINTIFF MICHELLE WIESE'S COMPLAINT** |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 12(b)(6), Neb. Civ. R. 12.1, and Neb. Civ. R. 7.1, Defendant Great Western Bank respectfully moves the Court to dismiss with prejudice Count II of Plaintiff Michelle Wiese's Complaint. In support of this Motion, Great Western Bank has contemporaneously submitted a brief in accordance with Neb. Civ. R. 7.1(a).

WHEREFORE, Defendant Great Western Bank respectfully requests that the Court dismiss with prejudice Count II of Plaintiff Michelle Wiese's Complaint and for such other, further, and different relief as this Court deems just and equitable.

Dated: January 18, 2022.

                    GREAT WESTERN BANK, Defendant,

                    By: *s/ Patrice D. Ott*
                        Margaret C. Hershiser, #19545
                        Patrice D. Ott, #24435
                        KOLEY JESSEN P.C., L.L.O.
                        One Pacific Place, Suite 800
                        1125 South 103rd Street
                        Omaha, NE  68124-1079
                        (402) 390-9500
                        (402) 390-9005 (facsimile)
                        Margaret.hershiser@koleyjessen.com
                        Patrice.ott@koleyjessen.com

                  Attorneys for Defendant.

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on January 18, 2022, a true and correct copy of the foregoing was filed with the Clerk of the U.S. District Court using the CM/ECF system which sent notice of its filing to all counsel of record.

                        s/ Patrice D. Ott
                        Patrice D. Ott

4859-0057-6520.2