IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHELLE WIESE, | ) | CASE NO. 8:22-CV-00015 |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF SERVICE |
| v. | ) | |
| | ) | |
| GREAT WESTERN BANK, | ) | |
| | ) | |
| Defendant. | ) | |

The undersigned hereby certifies that on the 8th day of April, 2022, Plaintiff's Mandatory Disclosures were served, via electronic mail, to the following:

    Margaret Hershiser #19545
    Patrice Ott #24435
    Koley Jessen PC
    One Pacific Place, Suite 800
    Omaha, NE. 68124-1079
    Margaret.hershiser@koleyjessen.com
    Patrice.ott@koleyjessen.com

    MICHELLE WIESE, Plaintiff

    /s/ Vincent M. Powers
    Vincent M. Powers #15866
    POWERS LAW
    411 South 13th Street, Suite 300
    Lincoln, NE. 68508