IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHELLE WIESE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GREAT WESTERN BANK,<br><br>　　　　Defendant. | Case No.  8:22-cv-15-JFB-MDN<br><br><br>NOTICE OF SERVICE OF RULE 26(a)(1) INITIAL DISCLOSURES |

On April 19, 2022, Defendant Great Western Bank served its Rule 26(a)(1) Initial Disclosures via email to Plaintiff's counsel of record:

> Vincent M. Powers
> Powers Law
> 411 South 13th Street, Suite 300
> P.O. Box 84936
> Lincoln, NE 68501-4936
> powerslaw@me.com

Dated:  April 19, 2022.

　　　　　　　　　　　　　　　　　　　GREAT WESTERN BANK, Defendant,


　　　　　　　　　　　　　　　　　By: *s/ Patrice D. Ott*
　　　　　　　　　　　　　　　　　　Margaret C. Hershiser, #19545
　　　　　　　　　　　　　　　　　　Patrice D. Ott, #24435
　　　　　　　　　　　　　　　　　　KOLEY JESSEN P.C., L.L.O.
　　　　　　　　　　　　　　　　　　One Pacific Place, Suite 800
　　　　　　　　　　　　　　　　　　1125 South 103rd Street
　　　　　　　　　　　　　　　　　　Omaha, NE  68124-1079
　　　　　　　　　　　　　　　　　　(402) 390-9500
　　　　　　　　　　　　　　　　　　(402) 390-9005 (facsimile)
　　　　　　　　　　　　　　　　　　Margaret.hershiser@koleyjessen.com
　　　　　　　　　　　　　　　　　　Patrice.ott@koleyjessen.com

　　　　　　　　　　　　　　　　　Attorneys for Defendant.

4889-1054-9270.1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 19, 2022, a true and correct copy of the foregoing was filed with the Clerk of the U.S. District Court using the CM/ECF system, which will send notification of such filing to all parties of record.

*s/ Patrice D. Ott*
Patrice D. Ott

4889-1054-9270.1