IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHELLE WIESE,<br><br>    Plaintiff,<br><br>v.<br><br>GREAT WESTERN BANK,<br><br>    Defendant. | Case No.  8:22-cv-15-JFB-MDN<br><br><br>NOTICE OF SERVICE OF DISCOVERY REQUESTS |

On May 3, 2022, Defendant Great Western Bank served a First Set of Interrogatories and First Set of Requests for Production of Documents via email to Plaintiff's counsel of record:

   Vincent M. Powers
   Powers Law
   411 South 13th Street, Suite 300
   P.O. Box 84936
   Lincoln, NE 68501-4936
   powerslaw@me.com


Dated:  May 3, 2022.

                                    GREAT WESTERN BANK, Defendant,


                                    By: *s/ Patrice D. Ott*
                                        Margaret C. Hershiser, #19545
                                        Patrice D. Ott, #24435
                                        KOLEY JESSEN P.C., L.L.O.
                                        One Pacific Place, Suite 800
                                        1125 South 103rd Street
                                        Omaha, NE  68124-1079
                                        (402) 390-9500
                                        (402) 390-9005 (facsimile)
                                        Margaret.hershiser@koleyjessen.com
                                        Patrice.ott@koleyjessen.com

                                    Attorneys for Defendant.

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 3, 2022, a true and correct copy of the foregoing was filed with the Clerk of the U.S. District Court using the CM/ECF system, which will send notification of such filing to all parties of record.

*s/ Patrice D. Ott*
Patrice D. Ott

2

4872-8148-9950.1