# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHELLE WIESE,<br><br>     Plaintiff,<br><br>v.<br><br>GREAT WESTERN BANK,<br><br>     Defendant. | Case No. 8:22-cv-15-JFB-MDN<br><br>**JOINT STIPULATION<br>OF DISMISSAL<br>WITH PREJUDICE** |

Plaintiff Michelle Wiese and Defendant Great Western Bank, by and through their respective undersigned counsel, stipulate and agree that Plaintiff's Amended Complaint shall be dismissed with prejudice. Each party shall bear her/its own costs and attorneys' fees.

Dated: February 22, 2023.

MICHELLE WIESE, Plaintiff,

By: s/ Vincent M. Powers
   Vincent M. Powers, #15866
   Powers Law
   411 South 13th Street, Suite 300
   P.O. Box 84936
   Lincoln, NE 68508
   (402) 474-8000
   powerslaw@me.com

   Attorney for Plaintiff.

GREAT WESTERN BANK, Defendant,

By: s/ *Patrice D. Ott*
   Margaret C. Hershiser, #19545
   Patrice D. Ott, #24435
   KOLEY JESSEN P.C., L.L.O.
   One Pacific Place, Suite 800
   1125 South 103rd Street
   Omaha, NE 68124-1079
   (402) 390-9500
   (402) 390-9005 (facsimile)
   Margaret.hershiser@koleyjessen.com
   Patrice.ott@koleyjessen.com

Attorneys for Defendant.

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on February 22, 2023, a true and correct copy of the foregoing was filed with the Clerk of the U.S. District Court using the CM/ECF system, which sent notice of its filing to all counsel of record.

                                                        s/<u>Vincent M. Powers</u>